14 SEP 23 PM 2:23

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 09cr3363-WQH |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT WITHOUT PREJUDICE |
| Paul Douglas RODGERS, | |
| Defendant. | |

Upon the government's motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Criminal Case No. 09cr3363-WQH is hereby dismissed without prejudice.

DATED: 9/23/14

HONORABLE WILLIAM Q. HAYES
United States District Judge